# **EXHIBIT B**

# Fresh 'n Clear™
## BOWLS AND LIDS

Mouth-watering displays, leak-resistant seals, secure stacks, and superb convenience!



**PLACON®**
WHEN PACKAGING MATTERS

6096 McKee Road
Madison, WI 53719

800.541.1535
www.placon.com

e-mail: info@placon.com



# Nothing Else Stacks Up

# Fresh 'n Clear™
## BOWLS AND LIDS

*Lids can be custom-embossed for strong brand recognition.*



It's not round, it's not square—it's scround! The unique scround design has a modern look with a custom container feel guaranteed to make your products stand out. Scround bowls are perfect for cold, ready-to-eat deli foods like lettuce salads, pasta and cut fruit to baked goods and nuts!

- Display cases not only look attractive and appealing, but space is maximized.
- Tight-fitting, leak-resistant lids help extend shelf life while preventing spills in the store as well as on the go.
- Stackable containers make merchandising easy and secure; nestable for cost-effective shipping and storage.
- Choose from three lid designs—flat lid, flat lid with wave design or dome lid for extra room.
- All bowls available in black or crystal clear EcoStar® post-consumer, recycled PET.
- Compartment bowls' center cups fit most major manufacturers' 4 oz. portion cups. Perfect for parties and snacks on the go.



*A tight, leak-resistant 360° seal ensures juices, sauces and liquids stay securely contained.*



*Lid and base tabs are offset from the corners so the package is easy to open.*





SBS-08B

SBS-08C

SBS-12B

SBS-12C

SBS-16B

SBS-16C

SBM-24B

SBM-24C

SBM-32B

SBM-32C

SBL-32B

SBL-32C

SBL-48B

SBL-48C

SBL-64B

SBL-64C

SB2X-80B

SB2X-80C

SB2X-160B

SB2X-160C

SBM-32B-3CC

SBM-32C-3CC

SBL-48B-4CC

SBL-48C-4CC

Choose from three lid designs, available in small, medium, large, 2XL and 3XL.*

**2XL & 3XL available in Flat Lid only.*

Flat Lid

Flat Lid (Wave Design)

Dome Lid

Custom, embossed lids are also available.

SB3X-320



recycle | replastic | results

Fresh 'n Clear Bowls are just one product in Placon's food packaging line containing EcoStar® food-grade recycled PET with up to 100% post-consumer recycled content.

## Sizes Available

| Part Number | Description | Dimensions (in) | Case Pack | Case Weight/ Case Cube | Pallet TI/HI | Cases/ Pallet | UPC |
|---|---|---|---|---|---|---|---|
| **Small Bowl — Use SFLS, SFLS-2 and SDLS-2 lids** *Please specify Clear (C) or Black (B) when ordering.* | | | | | | | |
| SBS-08 | 8 oz. Clear or Black Bowl | 5.00 x 5.00 x 1.74 | 500 | 13 lbs/2.56 | 6 x 6 | 36 | 044474081615 |
| SBS-12 | 12 oz. Clear or Black Bowl | 5.00 x 5.00 x 2.19 | 500 | 13 lbs/2.56 | 6 x 6 | 36 | 044474081639 |
| SBS-16 | 16 oz. Clear or Black Bowl | 5.00 x 5.00 x 2.91 | 500 | 16 lbs/2.56 | 6 x 6 | 36 | 044474081653 |
| **Medium Bowl — Use SFLM, SFLM-2 and SDLM-2 lids** *Please specify Clear (C) or Black (B) when ordering.* | | | | | | | |
| SBM-24 | 24 oz. Clear or Black Bowl | 7.50 x 7.50 x 1.66 | 300 | 17 lbs/3.28 | 5 x 6 | 30 | 044474081684 |
| SBM-32 | 32 oz. Clear or Black Bowl | 7.50 x 7.50 x 2.19 | 300 | 17 lbs/3.28 | 5 x 6 | 30 | 044474081707 |
| SBM-32-3CC | 32 oz. Compartment Bowl in Clear or Black w/Center Cup | 7.50 x 7.50 x 2.19 | 300 | 17 lbs/3.28 | 5 x 3 | 15 | 044474384266 |
| **Large Bowl — Use SFLL, SFLL-2 and SDLL-2 lids** *Please specify Clear (C) or Black (B) when ordering.* | | | | | | | |
| SBL-32 | 32 oz. Clear or Black Shallow Bowl | 9.00 x 9.00 x 1.63 | 150 | 13 lbs/2.33 | 10 x 4 | 40 | 044474116362 |
| SBL-48 | 48 oz. Clear or Black Bowl | 9.00 x 9.00 x 2.22 | 150 | 15 lbs/2.33 | 10 x 4 | 40 | 044474081936 |
| SBL-48-4CC | 48 oz. Compartment Bowl in Clear or Black w/Center Cup | 9.00 x 9.00 x 2.25 | 150 | 15 lbs/2.33 | 10 x 2 | 20 | 044474384464 |
| SBL-64 | 64 oz. Clear or Black Bowl | 9.00 x 9.00 x 2.87 | 150 | 15 lbs/2.33 | 10 x 4 | 40 | 044474081950 |
| **2X-Large Bowl — Use SF2XL-2 lids** *Please specify Clear (C) or Black (B) when ordering.* | | | | | | | |
| SB2X-80 | 80 oz. Clear or Black Bowl | 12.00 x 12.00 x 2.38 | 50 | 8 lbs/1.80 | 6 x 3 | 18 | 044474002115 |
| SB2X-160 | 160 oz. Clear or Black Bowl | 12.00 x 12.00 x 3.90 | 50 | 11 lbs/1.80 | 6 x 3 | 18 | 044474002122 |
| **3X-Large Bowl — Use SF3XL-2 lids** *Please specify Clear (C) or Black (B) when ordering.* | | | | | | | |
| SB3X-320 | 320 oz. Clear* or Black Bowl | 16.12 x 16.12 x 4.13 | 36 | 16 lbs/3.70 | 4 x 2 | 8 | 044474200900 |
| **Lids** | | | | | | | |
| SFLS | Small Flat Lid (Wave Design) | 5.00 x 5.00 x 0.33 | 500 | 11 lbs/2.16 | 6 x 7 | 42 | 044474081660 |
| SFLS-2 | Small Flat Lid | 5.00 x 5.00 x 0.33 | 500 | 11 lbs/2.16 | 6 x 3 | 18 | 044474116447 |
| SDLS-2 | Small Dome Lid *Fits 8, 12 and 16 oz. bowls.* | 5.00 x 5.00 x 0.63 | 500 | 11 lbs/2.16 | 6 x 3 | 18 | 044474116386 |
| SFLM | Medium Flat Lid (Wave Design) | 7.50 x 7.50 x 0.33 | 300 | 13 lbs/2.86 | 5 x 7 | 35 | 044474081714 |
| SFLM-2 | Medium Flat Lid | 7.50 x 7.50 x 0.33 | 300 | 13 lbs/2.86 | 5 x 3 | 15 | 044474116461 |
| SDLM-2 | Medium Dome Lid *Fits 24 and 32 oz. bowls.* | 7.50 x 7.50 x 1.04 | 300 | 13 lbs/2.86 | 5 x 3 | 15 | 044474116409 |
| SFLL | Large Flat Lid (Wave Design) | 9.00 x 9.00 x 0.33 | 150 | 13 lbs/1.96 | 10 x 5 | 50 | 044474081967 |
| SFLL-2 | Large Flat Lid | 9.00 x 9.00 x 0.33 | 150 | 13 lbs/1.96 | 10 x 2 | 20 | 044474116485 |
| SDLL-2 | Large Dome Lid *Fits 32 oz. Shallow, 48 and 64 oz. bowls.* | 9.00 x 9.00 x 1.29 | 150 | 13 lbs/1.96 | 10 x 2 | 20 | 044474116423 |
| SF2XL-2 | 2X Large Flat Lid *Fits 80 and 160 oz. bowls.* | 12.00 x 12.00 x 0.55 | 50 | 7 lbs/1.80 | 5 x 3 | 15 | 044474002139 |
| SF3XL-2 | 3X Large Clear Flat Lid *Fits 320 oz. bowl.* | 16.12 x 16.12 x 0.55 | 86 | 24 lbs/2.36 | 4 x 4 | 16 | 044474200917 |

*320 oz. Clear Bowls are available as special orders.

Case: 3:14-

## Placon is Your Solution for Food Packaging.

For virtually any retail food environment—supermarkets, delis, quick marts, restaurants, cafeterias, food carts and beyond—Placon provides thermoform packaging products that deliver superior performance. Quality designs, secure seals and exceptional clarity all play a role in our industry-leading containers. Polypropylene and PET options mean our packaging can accommodate virtually any food product, use and environment.

And, our EcoStar® food-grade recycled PET (with up to 100% post-consumer recycled content) allows you to market your products while showing consumers your commitment to sustainability.

For samples or to request additional information about any of our product lines, call **800.541.1535** or email us at **info@placon.com**.


Fresh 'n Clear™ Envisions™


Crystal Seal® reFresh™


HomeFresh® Rotisserie Chicken


Fresh 'n Clear™ Trays & Lids


Dimensions™ Bakery


Fresh 'n Clear™ Catering


Crystal Seal®


Fresh 'n Clear™ Multi-Compartment


Crystal Seal® Tamper-Evident


HomeFresh® Deli


Evolutions™ Deli



WHEN PACKAGING MATTERS

Made in the USA

6096 McKee Road, Madison, Wisconsin 53719
800.541.1535   info@placon.com   www.placon.com

2014 Placon Corporation/07/14